FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV 28 PM 12:12
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES LEWIS WARD, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-119
)
JOHN T. WILCHER, Sheriff; )
COMMANDER COUNIBAN; MAJOR )
TILLMAN; CAPTAIN BRYANT; )
CAPTAIN YORK; MR. ODELL; and )
MELISSA KOHNE; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 8.) In the Report and Recommendation, Magistrate Judge Graham recommends dismissal of Plaintiff's classification claim and claim for money damages for the allegedly unconstitutional conditions of confinement. (Id. at 9.) The report and recommendation informed Plaintiff that he may file an amended complaint to seek nominal damages arising from the allegedly unconstitutional conditions of confinement. (Id. at 9-10). Plaintiff was advised that the failure to file an amended complaint within thirty days of service of the report and recommendation would result in a recommendation of dismissal. (Id. at 10.) The report and recommendation also

instructed that, within fourteen days of service, any party may file written objections to the report and recommendation and that the failure to file objections would result in a waiver of rights on appeal. (Id. at 11-12.)

The report and recommendation was mailed to Plaintiff on October 17, 2018, and November 7, 2018. (Doc. 9; Doc. 10.) On October 25, 2018, and November 19, 2018, respectively, the mailed copies of the report and recommendation were returned to the office of the Clerk of the Southern District of Georgia as undeliverable. (Id.) The envelope for the November 7, 2018 mailing was returned with a notation that read "[n]o longer at this location." (Doc. 10.) Plaintiff has not notified the Court of a change of address or a transfer. According to this Court's local rules, Plaintiff has the burden of notifying the Court of any change of address. See S.D. Ga. L.R. 11.1 ("Each attorney and pro se litigant has a continuing obligation to apprise the Court of any address change."). His failure to do so suggests that Plaintiff no longer wishes to pursue his claim. This Court has "the inherit authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc., 556

F.3d 1232, 1240 (11th Cir. 2009) (quoting Chambers v. NASCO, Inc., 501 U.S. 32, 43, 111 S. Ct. 2123, 2132 (1991)). Accordingly, the Court has the authority to dismiss an action, with or without prejudice, for want of prosecution. S.D. Ga. L.R. 41.1.

Given that this Court accepts the reasoning of the report and recommendation, and Plaintiff has failed to maintain contact with the Clerk or the Court, devoting further time and resources to Plaintiff's case at this time is inappropriate. Accordingly, after a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of November 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA